Rachel Fazio (CA Bar # 187580)
Internet e-mail address rfazio@nccn.net
John Muir Project
P.O. Box 697
Cedar Ridge, CA 95924
(530) 273-9290
Fax no. (530) 273-9260
Local Counsel for Plaintiffs

Marianne Dugan, *pro hac vice* (Oregon State Bar # 93256)
Internet e-mail address mdugan@mdugan.com
259 E. 5th Ave., Ste 200-D
Eugene, OR 97401
(541) 338-7072
Fax no. 866-650-5213
Attorney for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONSERVATION CONGRESS and KLAMATH FOREST ALLIANCE,<br><br>     Plaintiffs,<br>  v.<br><br>UNITED STATES FOREST SERVICE,<br><br>     Defendant. | **No. 07-CV-2764-LKK-KJM**<br>JOINT STIPULATION AND ORDER TO ALLOW SISKIYOU COUNTY TO FILE *AMICUS* BRIEF<br><br>Currently Scheduled Hearings:<br>Mo. to Intervene Hrg Apr. 21, 2008, 10 am<br>Summ. Jmt Hearing May 5, 2008, 10 am<br>both Courtroom 4 (LKK)<br>(Hon. Lawrence K. Karlton) |

Siskiyou County having filed a motion to intervene on March 10, 2008 (CR 21), the parties and Siskiyou County have conferred, and in order to further judicial economy have reached an agreement that, subject to the Court's approval, Siskiyou County will be afforded *amicus* status (and not intervenor status); and shall be allowed to file one brief stating their position, due one week after Defendant's Opposition to Summary Judgment (April 7) and

constrained by the same page limitations as the parties' principal briefs (35 pages). The parties agree that the plaintiffs will have until April 21 to file their response to the *amicus* brief, with a 15-page limit.

In addition, subject to the Court's approval, the April 21 hearing is no longer necessary if the Court accepts this stipulation.

Respectfully submitted March 26, 2008.

   /s/ Marianne Dugan
Marianne Dugan, *pro hac vice*
(Oregon State Bar # 93256)
Attorney for plaintiffs

   /s/ David Glazer (as authorized on 3/24/08)
David Glazer, U.S. Dept of Justice
Attorney for defendant

   /s/ Philip Price (as authorized on 3/24/08)
Philip Price, SBN 32620
Price and Brown, Attorneys at Law
Attorney for proposed *amicus* party
Siskiyou County

**CASE MANAGEMENT ORDER**

**The Court hereby adopts this stipulation to allow Siskiyou County to file an *amicus* brief on the summary judgment briefing in this case, on April 7, 2008, and vacating the April 21, 2008, hearing on the motion to intervene, that motion now being moot.**

Dated: March 28, 2008.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

PAGE 2 - JOINT STIPULATION AND [PROPOSED] ORDER TO ALLOW SISKIYOU COUNTY TO FILE *AMICUS* BRIEF