UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CONSERVATION CONGRESS and
KLAMATH FOREST ALLIANCE,

        NO. CIV. S-07-2764 LKK/KJM

    Plaintiffs,

  v.

        O R D E R

UNITED STATES FOREST SERVICE,

    Defendant.
_____/

    Pursuant to the stipulation of the Parties, and for good cause shown, it is hereby ORDERED that:

    1.    The hearing on Plaintiff's Motion for Attorneys' Fees and Expenses [Dkt. #48], set for November 3, 2008, is VACATED.

    2.    The Parties SHALL submit a fully executed settlement agreement by November 3, 2008, or shall advise the Court by that date of the progress being made to finalize the settlement.

////

1

1       IT IS SO ORDERED.

2       DATED:  October 9, 2008.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2