UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CONSERVATION CONGRESS and
KLAMATH FOREST ALLIANCE,

NO. CIV. S-07-2764 LKK/KJM

    Plaintiffs,

  v.

O R D E R

UNITED STATES FOREST SERVICE,

    Defendant.
_____/

The court is in receipt of the plaintiffs' notice that this case is related to case no. 08-cv-02483-GEB-DAD, and defendants' response thereto. Upon consideration of the cases, the court concludes that the cases do not meet the definition of "related cases" as given by Local Rule 83-123(a) and therefore DECLINES to relate the cases.

    IT IS SO ORDERED.

    DATED: November 14, 2008.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

1