IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

CONSERVATION CONGRESS and  　　　　　　　　No. 07-CV-2764-LKK-KJM
KLAMATH FOREST ALLIANCE,

　　　　Plaintiffs,　　　　　　　　　　ORDER REGARDING SETTLEMENT
　　　　　　　　　　　　　　　　　　　AGREEMENT
　　　v.

UNITED STATES FOREST SERVICE,

　　　　Defendant.
_____

　　　Pursuant to the stipulation of the Parties filed November 12, 2008 (Docket 54), and for good cause shown, it is hereby ORDERED that:

　　　The "SETTLEMENT AGREEMENT RE: PLAINTIFFS' MOTION FOR ATTORNEYS' FEES AND EXPENSES" filed with this court on November 12, 2008, is hereby approved.

　　　IT IS SO ORDERED.

　　　DATED: November 25, 2008.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　LAWRENCE K. KARLTON
　　　　　　　　　　　　　　　　　　　SENIOR JUDGE
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT

Submitted by:

　/s/ Marianne Dugan
Marianne Dugan, *pro hac vice*
(Oregon State Bar # 93256)
Attorney for Plaintiffs

ORDER REGARDING SETTLEMENT AGREEMENT - PAGE 1