IGNACIA S. MORENO
Assistant Attorney General
United States Department of Justice
Environment & Natural Resources Division

DAVID B. GLAZER (D.C. 400966)
Natural Resources Section
Environment & Natural Resources Division
United States Department of Justice
301 Howard Street, Suite 1050
San Francisco, California  94105
TEL:   (415) 744–6491
FAX:   (415) 744-6476
e-mail:  david.glazer@usdoj.gov

Attorneys for Federal Defendant

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| CONSERVATION CONGRESS and KLAMATH FOREST ALLIANCE,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES FOREST SERVICE,<br><br>Defendant. | CV-S-07-02764-LKK-KJM<br><br>STIPULATION AND ORDER ENLARGING BRIEFING SCHEDULE FOR DEFENDANT'S MOTION FOR RELIEF FROM JUDGMENT<br><br>Date:   June 21, 2010<br><br>Time:  10:00 a.m.<br><br>Courtroom No. 4<br><br>Hon. Lawrence K. Karlton |

Plaintiffs Conservation Congress and Klamath Forest Alliance and Federal Defendant United States Forest Service submit this Stipulation and Proposed Order, pursuant to L.R. 144, granting a short extension of the briefing schedule for Defendant's Motion for Judgment on the Pleadings [Dkt. #61].  In support of this Stipulation, the parties represent as follows:

1. Plaintiffs' opposition to Defendant's motion is currently due May 10, 2010, and Defendant's reply is due May 17, 2010.  (*See* Stipulation and Order Continuing Hearing on Defendant's Motion for Judgment on the Pleadings [Dkt. #64] ¶ 3.)

2. Plaintiffs' counsel has informed Defendant's counsel that, due to computer problems encountered the weekend of May 8th and continuing on May 10th, together with an anticipated absence from the office on May 11th, she will not be able to file her opposition until May 12th.

3. Defendant's counsel will be out of the office on Wednesday, May 19th (one week from May 12th) and has brief in another case due May 20th.

4. Accordingly, the parties request, subject to Court approval, that Plaintiffs be permitted to file their opposition on May 12, 2010, and that Defendant be permitted to file its reply on May 21, 2010.

5. The proposed extension will not affect the hearing date on Defendant's motion, which is currently set for June 21, 2010 [Dkt. #64 ¶ 2].  The prior request for continuance of the hearing on Defendant's motion did not request any extension of the briefing schedule at that time.

SO STIPULATED:                                    FOR THE PLAINTIFFS:

Dated:  May 10, 2010                              /s/*Marianne Dugan*
                                                  (as authorized on May 10, 2019)
                                                  MARIANNE DUGAN
                                                  259 E. 5th Avenue, Suite 200-D
                                                  Eugene, Oregon  97401
                                                  Fax:    (866) 650-5213
                                                  e-mail: mdugan@mdugan.com

*Conservation Congress, et al. v. U.S. Forest Service*, No. CV-07-02764-LKK-KJM
Stip. and Order Enlarging Briefing Schedule for Defts' Motion for Relief from Judgment              1

Dated:  May 10, 2010

FOR THE DEFENDANT

/s/*David B. Glazer*
DAVID B. GLAZER
Natural Resources Section
Environment and Natural Resources Division
United States Department of Justice
301 Howard Street, Suite 1050
San Francisco, California  94105
Telephone:     (415) 744-6491
Facsimile:       (415) 744-6476
e-mail:  david.glazer@usdoj.gov

ORDER

In consideration of the foregoing Stipulation, good cause having been shown, it is HEREBY ORDERED that:

1. The Stipulation is APPROVED.

2. Plaintiffs shall file their opposition to Defendant's Motion for Relief from Judgment on or before May 12, 2010, and Defendant shall file its reply on or before May 21, 2010.

SO ORDERED:

Dated:  May 11, 2010

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

*Conservation Congress, et al. v. U.S. Forest Service*, No. CV-07-02764-LKK-KJM
Stip. and Order Enlarging Briefing Schedule for Defts' Motion for Relief from Judgment

2

## CERTIFICATE OF SERVICE

I, David B. Glazer, hereby certify that I have caused the foregoing to be served upon counsel of record through the Court's electronic service system.

I declare under penalty of perjury that the foregoing is true and correct.

Dated:  May 10, 2010                         /s/*David B. Glazer*
                                                                David B. Glazer