David H. Dun (Cal. Bar #70711)
David E. Martinek (Cal. Bar #107503)
Dun & Martinek
2313 I Street
P.O. Box 1266
Eureka, California 95502
Telephone: (707) 442-3791
Fax: (707) 442-9251
dhd@dunmartinek.com
dem@dunmartinek.com

Scott W. Horngren (Ore. Bar #880604), Pro Hac Vice
American Forest Resource Council
5100 S.W. Macadam, Suite 350
Portland, Oregon 97239
Telephone: (503) 222-9505
Fax:     (503) 222-3255
shorngren@amforest.org

Attorneys for Proposed Defendant Intervenors

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| CONSERVATION CONGRESS and KLAMATH FOREST ALLIANCE,<br><br>    Plaintiffs,<br><br>    v.<br><br>UNITED STATES FOREST SERVICE,<br><br>    Defendant,<br><br>     and<br><br>ROUGH AND READY LUMBER, LLC and SIERRA PACIFIC INDUSTRIES,<br><br>    Proposed Defendant Intervenors. | No. Civ. 2:07-cv-02764-LKK/KJN (TEMP)<br><br>**ORDER GRANTING MOTION TO INTERVENE** |

Order Granting Motion to Intervene
No. Civ. 2:07-cv-02764-LKK/KJN (TEMP)

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

The court has reviewed Rough and Ready Lumber, LLC and Sierra Pacific Industries' unopposed Motion to Intervene, Dkt. 84, and supporting documents and the court hereby GRANTS the motion.

The court further orders that defendant intervenors' Motion to Shorten Time, Dkt. 85, is DENIED AS MOOT.

IT IS SO ORDERED.

DATED: February 18, 2011

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

## CERTIFICATE OF SERVICE

I, Scott W. Horngren, hereby certify that I, on February 18, 2011, I caused the foregoing ORDER to be served upon counsel of record through the Court's electronic service system and to be emailed to the Judge's email box.

I declare under penalty of perjury that the foregoing is true and correct.

Dated:  February 18, 2011        /s/ Scott W. Horngren
                                 Scott W. Horngren