UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CONSERVATION CONGRESS and
KLAMATH FOREST ALLIANCE,

        NO. CIV. S-07-2764 LKK/KJN

    Plaintiffs,

  v.

        O R D E R

UNITED STATES FOREST SERVICE,

    Defendant.
                                /

    This court issued an order on March 24, 2011 granting in part and denying in part plaintiff's request for an injunction pending appeal. Defendant-intervenors Sierra Pacific Industries and Rough and Ready Lumber, LLC filed a request for clarification of the court's order on March 25, 2011. The March 24, 2011 order, ECF No. 115, stated that the entire project will be enjoined for ten (10) days, in order to allow time for the plaintiffs to seek a stay from the Ninth Circuit. The order further provided that logging operations on two units of land-Units 422 and 431-would be enjoined throughout the entire appeal period. Defendant-intervenors have

1

expressed confusion as to "whether the Court's order applies to (1) all timber harvesting activities on the entire project area, (2) all timber harvesting on the units subject to Plaintiffs' recent motion, or (3) active timber cutting only, whether on the entire project area or just those units covered in Plaintiffs' recent motion, thus allowing removal of already downed timber." Def.-Intervenor's Req. for Clarification, ECF No. 116.

The court issues this order to clarify that the March 24 order enjoins active timber cutting on the entire project area for ten (10) days, starting on March 24, 2011. During that period, defendants may remove already downed timber from any area within the project. In addition, timber cutting in units 422 and 431 is enjoined throughout the entire appeal process.

IT IS SO ORDERED.

DATED: March 28, 2011.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2