UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CONSERVATION CONGRESS and
KLAMATH FOREST ALLIANCE,

NO. CIV. S-07-2764 LKK/KJN

    Plaintiffs,

  v.

O R D E R

UNITED STATES FOREST SERVICE,

    Defendant.

    A hearing on plaintiff's motion to waive bond for injunction is currently set for April 25, 2011. The court does not find oral argument to be necessary, and the hearing is VACATED.

    This court issued an order on March 24, 2011, temporarily enjoining logging in portions of the "Pilgrim Project." Specifically, the court enjoined all active timber cutting in the entire project for ten (10) days starting on March 24, 2011, and enjoined all timber cutting in units 422 and 431 throughout the entire appeal process. The ten-day injunction covering the entire project has expired, but the injunction covering units 422 and 431

1

remains in place. Plaintiffs have requested that the court waive the requirement of a bond. Defendant U.S. Forest Service has filed a statement of non-opposition to the motion, and the defendant intervenors have not filed an opposition or statement of non-opposition. Accordingly, the court orders as follows:

[1] The hearing on plaintiff's motion (ECF No. 109) currently set for April 25, 2011 is VACATED.

[2] Plaintiff's motion to waive bond (ECF No. 109) is GRANTED.

IT IS SO ORDERED.

DATED: April 20, 2011.

/s/ Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2